**Order filed November 1, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00793-CV

## IN RE CLARK EQUIPMENT COMPANY D/B/A BOBCAT COMPANY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-69076**

## ORDER

On October 28, 2022, relator Clark Equipment Company d/b/a Bobcat Company ("CEC" or "relator") filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Cory Don Sepolio, presiding judge of the 269th District Court of Harris County, to vacate three orders: (1) the trial court's February 18, 2022 order finding that "Plaintiffs have demonstrated a substantial likelihood of success on their claims for exemplary damages in

accordance with CPRC chapter 41" as to CEC; (2) the trial court's October 14, 2022 order incorporating the February 18, 2022 finding pursuant to Chapter 41 and compelling production of CEC's "current net worth" by November 4, 2022 at 5:00 p.m.; and (3) the trial court's March 10, 2022 order denying CEC's motion to strike improper evidence used by RPIs in the hearing which resulted in the trial court's February 18, 2022 Order.

Relator also has filed a motion for temporary relief. *See* Tex. R. App. P. 52.8(b), 52.10. Relator requests this Court to stay the trial court's order of October 14, 2022 requiring production of net worth evidence by November 4, 2022 pending this Court's consideration of the merits of relator's petition.

It appears from the facts stated in the petition and motion that relator's request for mandamus relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore grant relator's motion for temporary relief and issue the following order:

We order the trial court's October 14, 2022 order requiring production of net worth evidence by November 4, 2022 stayed until a final decision by this Court on relator's petition for writ of mandamus, or until further order of this Court.

In addition, the Court requests the real parties in interest, to file a response to the petition for writ of mandamus on or before November 18, 2022. *See* Tex. R. App. P. 52.4.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.